IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Petitioner,

  v.

JEFF JAKUBEK,

            Respondent.

ORDER

10-cv-773-wmc

---

    Jeff Jakubek appeared before the court today in person to respond to its Order To Show Cause why he should not be adjudged in civil contempt.  Having been given an opportunity to explain his failure to comply with the IRS Summons, entered January 11, 2011, and this court's order to enforce it, dated March 7, 2011, IT IS ORDERED THAT:

    (1)    respondent Jeff Jakubek is adjudged in civil contempt for his failure to comply with the enforcement order of this court;

    (2)    he is adjudged to pay to the United States Marshal the sum of $629.25, which represents the total charges for service of the order to show cause by the United States Marshal's Office;

    (3)    this entire sum shall be due and paid in full no later than January 20, 2012 with minimum payments of $50 per month beginning August 20, 2011;

1

(4)     all payments shall be directed to:

United States Marshal's Office
Attn:  Dionne Smith
120 North Henry Street, Room 440
Madison, WI   53703

(5)     unless counsel for the government advises both respondent Jakubek and this court *in writing* that respondent has fully complied with the IRS Summons, he shall appear again before this court in person on August 3, 2011, at 8:30 a.m.; and

(6)     further failure to comply with the court's orders may result in additional sanctions, up to and including incarceration.

Entered this 20th day of July, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge